IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PATSHA RAMSEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No: 4:15-cv-00776 |
| ) | |
| ST.CHARLES COUNTY, et. al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SETTLEMENT AND MOTION TO VACATE TRIAL SETTING

COMES NOW the Parties in the above stated matter and do hereby give notice to the Court that they have reached a settlement agreement in the above matter. Parties further respectfully request the trial setting of July 24, 2017, be vacated and the pre-trial hearing of July 20, 2017, be canceled.

Respectfully submitted,

ST. CHARLES COUNTY COUNSELOR

 /s/Drew A. Heffner
Drew A. Heffner, E.D. #54873MO
Associate County Counselor
100 North Third Street
St. Charles, Missouri  63301
Telephone:     636/949-7540
Facsimile:     636/949-7541
Email: dheffner@sccmo.org

AND

                                              DEVEREAUX, STOKES, NOLAN,
                                              FERNANDEZ & LEONARD, P.C.

                                              /s/Gonzalo Fernandez
                                              Gonzalo Fernandez, E.D. #62043MO
                                              133 South 11th Street
                                              Suite 350
                                              St. Louis, MO 63102
                                              Telephone:     314/621-3743
                                              Facsimile:      314/621-5705

Dated: July 19, 2017.