UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PATSHA RAMSEY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 4:15-CV-00776 ) |
| ST. CHARLES COUNTY, et al., | ) ) |
| Defendants. | ) ) |

## STIPULATION FOR DISMISSAL

COMES NOW Plaintiff, Patsha Ramsey, through her attorney, Gonzalo Fernandez, and hereby dismisses the above-captioned case against all Defendants with prejudice.  Plaintiff states that all claims have been settled, the Release signed and the settlement funds received.

Respectfully submitted,

DEVEREAUX, STOKES,
FERNANDEZ & LEONARD, P.C.

/s/ Gonzalo Fernandez
_____
GONZALO FERNANDEZ, #62043
Attorney for Plaintiff
133 South 11th Street, Suite 350
St. Louis, MO  63102
(314) 621-3743
Fax: 314) 621-5705
gonz@stltriallawyers.com

Certificate of Service
	The undersigned hereby certifies that the foregoing document was filed electronically with the Clerk of the Court this 12th day of September, 2017, to be served upon all parties by operation of the Court's electronic filing system
/s/ Gonzalo Fernandez
_____
GONZALO FERNANDEZ