UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

PATSHA RAMSEY,                          )
                                        )
        Plaintiff,                      )
                                        )
vs.                                     )  No. 4:15-CV-00776
                                        )
ST. CHARLES COUNTY, et al.,             )
                                        )
        Defendants.                     )

## STIPULATION FOR DISMISSAL

COMES NOW Plaintiff, Patsha Ramsey, through her attorney, Gonzalo

Fernandez, and hereby dismisses the above-captioned case against all Defendants with

prejudice.  Plaintiff states that all claims have been settled, the Release signed and the

settlement funds received.

                                Respectfully submitted,

                                DEVEREAUX, STOKES,
                                FERNANDEZ & LEONARD, P.C.

                                /s/ Gonzalo Fernandez
                                _____
                                GONZALO FERNANDEZ, #62043
                                Attorney for Plaintiff
                                133 South 11th Street, Suite 350
                                St. Louis, MO  63102
                                (314) 621-3743
                                Fax: 314) 621-5705
                                gonz@stltriallawyers.com

Certificate of Service
        The undersigned hereby certifies that the foregoing document was filed
electronically with the Clerk of the Court this 12th day of September, 2017, to be served
upon all parties by operation of the Court's electronic filing system
                                /s/ Gonzalo Fernandez
                                _____
                                GONZALO FERNANDEZ

So Ordered

John A. Ross
9/13/2017